| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2002 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) PLATT, THOMAS C | 2. Court or Organization EASTERN DISTRICT OF NEW YORK | 3. Date of Report 4/29/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (SENIOR) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. DISTRICT COURT P.O. BOX 9014 CENTRAL ISLIP, NEW YORK 11722 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | U/W Charlotte Platt Lyman |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 10 52 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PLATT, THOMAS C | 4/29/2003 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Trustee (Commissions - Charlotte Platt Lyman) | $8,940.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 6/20/03 | United States Courts - Commission |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ALI/ABA | CLE H & S T* F & L St. Thomas, Virgin Islands 1/14 - 1/17/03 |
| 2. | Office Automation Training | H T F & L San Antonio, Texas 3/17 - 3/20/03 |
| 3. | Environmental Law Seminar | CLE H & S T* F & L Washington, D.C. 5/7 - 5/9/03 |
| 4. | Judicial Conference | H & S T* F & L Lake George, NY 6/5 - 6/7/03 |
| 5. | Federal Bar Council | Lunch H F NYC 11/26/03 |
| 6. | | *H only. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PLATT, THOMAS C | 4/29/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Allstate Corp. Common | B | Dividend | K | T | | | | | |
| 2. Antigenics Inc. Common | | None | J | T | | | | | |
| 3. Black & Decker Common | A | Dividend | J | T | | | | | |
| 4. Burlington Res. Common | A | Dividend | L | T | | | | | |
| 5. Canadian Pacific (Ltd.) Common | A | Dividend | K | T | | | | | |
| 6. CP Ships Ltd. Common | A | Dividend | J | T | | | | | |
| 7. Dephi Automotive Common | A | Dividend | J | T | | | | | |
| 8. Dupont de Nemours Common | A | Dividend | K | T | | | | | |
| 9. El Paso Corp. Common | A | Dividend | -J | T | | | | | |
| 10. Encana Corp. Common | A | Dividend | K | T | | | | | |
| 11. Exxon Mobil Common | E | Dividend | O | T | | | | | |
| 12. Fairmont Hotels Common | A | Dividend | J | T | | | | | |
| 13. Fording CDN Coal Trust Common | A | Dividend | J | T | Redeemed | 03/06 | | C | |
| 14. Freeport McMoran Oil Royalty Trust | | None | J | T | | | | | |
| 15. General Electric Common | E | Dividend | O | T | | | | | |
| 16. General Motors H Common | | | | | Exchange | 12/24 | J | A | Exchange Hughes Elect. |
| 17. General Motors Common | A | Dividend | J | T | | | | | |
| 18. Halliburton Co. Common | D | Dividend | N | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market.
(See Column C2)    U = Book Value    V = Other    W = Estimated.

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Hartford Fin. Serv. Group Common | A | Dividend | J | T | | | | | |
| 20. Hughes Electronics Common | | None | J | T | | | | | |
| 21. IBM Common | A | Dividend | M | T | | | | | |
| 22. International Paper Co. Common | A | Dividend | K | T | | | | | |
| 23. Ionics Common | | None | J | T | | | | | |
| 24. ITT Industries Common | A | Dividend | J | T | | | | | |
| 25. LL & E Royalty Trust | A | Royalty | J | T | | | | | |
| 26. Morgan Stanley Dean Witter Common | A | Dividend | K | T | | | | | |
| 27. News Corp. Ltd. Preferred | | None | J | T | | 12/24 | | | Spin off GMH |
| 28. Pepsico Common | B | Dividend | L | T | | | | | |
| 29. Progress Energy Common | A | Dividend | J | T | | | | | |
| 30. Sears Common | A | Dividend | K | T | | | | | |
| 31. Starwood Hotels Common | A | Dividend | J | T | | | | | |
| 32. Sun Trust Common | A | Dividend | J | T | | | | | |
| 33. Teraforce Tech Common | | None | J | T | | | | | |
| 34. Yum Brands Common | | None | J | T | Name Change | | | | Formerly Tricon G |
| 35. Zweig Fund Inc. Common | A | Dividend | J | T | | | | | |
| 36. Scudder Gov't Money Fund Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C | 4/29/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Paine Webber Cash Fund Common | C | Dividend | O | T | | | | | |
| 38. Chase Manhattan Common | A | Interest | L | T | | | | | |
| 39. US Series HH Bonds | E | Interest | L | T | Redeemed | | J | | U.S. |
| 40. IRAs - Chase CD's | A | Int.Annuity | J | T | | | | | |
| 41. * * * * * * * * | | | | | | | | | |
| 42. Trustee - Trust ▟ | F | Div Int | P1 | T | | | | | |
| 43. Conectiv Inc -No longer held | | | | | | | | | Exchange Pepco |
| 44. Conectiv Inc CL A-No longer held | | | | | | | | | Exchange Pepco |
| 45. Delphi Automotive Sys Corp | | | | | | | | | |
| 46. Du Pont De Nemours | | | | | | | | | |
| 47. Electronic Data Sys Corp New | | | | | | | | | |
| 48. Exxon Mobil Corp. | | | | | | | | | |
| 49. Genl Electric Co | | | | | | | | | |
| 50. Genl Motors Corp New CL H-No longer held | | | | | | | | | Exchange Hughes Elect. |
| 51. Genl Motors Corp | | | | | | | | | |
| 52. Hughes Electronics Corp. | | | | | | | | | |
| 53. Intl Paper Co | | | | | | | | | |
| 54. News Corp. Ltd. | | | | | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Pepco Holdings, Inc. | | | | | | | | | |
| 56. Raytheon Co CL A | | | | | | | | | |
| 57. Xcel Energy Inc. (formerly Nthn States Power Minn) | | | | | | | | | |
| 58. Paine Webber RMA-Govt Cash Fund | | | | | | | | | |
| 59. U.S. Treasury Note | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |

1. Income/Gain Codes;      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
(See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes;            J  = $15,000 or less     K  = $15,001-$50,000    L  = $50,001-$100,000    M  = $100,001-$250,000
(See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes;     Q  = Appraisal    R  = Cost (Real Estate Only)    S  = Assessment    T  = Cash/Market
(See Column C2)            U  = Book Value    V  = Other    W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PLATT, THOMAS C | 4/29/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PLATT, THOMAS C | 4/29/2003 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____May 6, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544